| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Heriberto Arroyo Garibay |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00274-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE: March 25, 2019 |
| HERIBERTO ARROYO GARIBAY | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for February 19, 2019 before the Honorable Sheila K. Oberto may be continued to March 25, 2019 at 8:30 a.m. before the Honorable Lawrence J. O'Neill for further status conference/fast-track setting.

The parties believe this case should now resolve through a negotiated fast-track resolution, and as such, request the matter be continued to the District Court to allow time for probation to prepare a Pre-Plea Investigation Report.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through March 25, 2019, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the

parties agree that this continuance is necessary to permit time for the parties to engage in fast-track plea negotiations and for the defense to continue its investigation and preparation.

                                                  Respectfully submitted,

                                                  McGREGOR SCOTT
United States Attorney

DATED: February 13, 2019                      */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


                                                  HEATHER E. WILLIAMS
Federal Defender

DATED: February 13, 2019                      */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
Heriberto Arroyo Garibay

## **O R D E R**

IT IS SO ORDERED.

Dated: **February 13, 2019**                      /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE